UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MALDONADO RAMIREZ, | No. 2:15-cv-2155-EFB P (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| JERRY BROWN JR., et al., | |
| Defendants. | |

On March 14, 2016, the court denied plaintiff's application to proceed in forma pauperis and ordered plaintiff to pay the full filing fee for this action within fourteen days. The court warned plaintiff that failure to comply with the order would result in dismissal of this action. Fourteen days from that date have now passed, and plaintiff has not paid the filing fee or otherwise responded to the court's order.[1]

Although it appears from the court's file that plaintiff's copy of the court's March 14, 2016 order was returned as undeliverable, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

/////

---

[1] On April 4, 2016, plaintiff filed a letter with the court. To the extent it is decipherable, he appears to express his intent to abandon this action.

1

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.[2]

DATED: April 12, 2016.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff has consented to proceed before a U.S. Magistrate Judge pursuant to 28 U.S.C. § 636. ECF No. 4.